AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| FRANK CULLEN <br> *Plaintiff(s)* <br> v. <br> BINSWANGER MANAGEMENT CORP.; BINSWANGER MANAGEMENT HOLDINGS, LLC; FRANK G. BINSWANGER, III; DAVID R. BINSWANGER; FRANK G. BINSWANGER, JR.; JOHN K. BINSWANGER; ZACHARY BINSWANGER; HOLMES DAVIS; ERIC DIENSTBACH; JOHN DUES; DOUGLAS FARIS; JOSHUA HABER; JASON KRAMER; FRANK PALOPOLI; CHRISTOPHER PENNINGTON; DAVID BARBER; and DANIEL CULLEN <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.    19-1349 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> David R. Binswanger
> Two Logan Square
> Philadelphia, PA 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**JONATHAN LANDESMAN, ESQUIRE**
30 South 17th Street, 19th Floor
Philadelphia, Pennsylvania 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5430000.1   3/29/19

_____
*Signature of Clerk or Deputy Clerk*

*167023*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  19-cv-1349

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   David R. Binswanger

was received by me on *(date)*          04/04/2019          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Peter Miller, Executive Vice President   , who is

designated by law to accept service of process on behalf of *(name of organization)*   David R. Binswanger

on *(date)*   04/05/2019   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4/8/19

*Server's signature*

Dennis Richman, Process Server
*Printed name and title*

Dennis Richman's Services
1500 JFK Blvd., Suite 1315
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

Served at Two Logan Square, Philadelphia, PA 19103